6/21/18 8:41AM

# United States Bankruptcy Court
## Middle District of Florida

In re   Executive Non-Emergency Transportation Inc.
                                            Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Executive Non-Emergency Transportation Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**June 21, 2018**
Date

*/s/ Kelli Biferie Hastings*

**Kelli Biferie Hastings**
Signature of Attorney or Litigant
Counsel for   Executive Non-Emergency Transportation Inc.
**The Law Office of Kelli Biferie Hastings**
**4005 North Orange Blossom Trl Fl 2**
**Orlando, Florida 32804**
**407-539-3032**
**kelli@theyogalawyer.com**