UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:18-bk-3958-KSJ |
| | ) | |
| EXECUTIVE NON-EMERGENCY | ) | Chapter 11 |
| TRANSPORTATION, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### DEBTOR'S MOTION TO CONTINUE TRIAL ON UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE TO CHAPTER 7 SCHEDULED FOR OCTOBER 2, 2018 AT 10:15 A.M.

Debtor, EXECUTIVE NON-EMERGENCY TRANSPORTATION, INC. ("ENET" or "Debtor"), by and through undersigned counsel, hereby files this Motion to Continue Trial on United States Trustee's Motion to Dismiss or Convert Case to Chapter 7 (the "Motion"), which is currently scheduled for October 2, 2018 at 10:15 a.m., and in support thereof further states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 29, 2018 (the "Petition Date").

2. The Debtor was represented by Justin Infurna, Esq. of The Infurna Law Firm PA and Kelly Hastings, Esq.

3. An initial Section 341 Meeting of Creditors was scheduled for August 6, 2018 and was continued three times, to August 13, 2018, August 27, 2018 and September 24, 2018.

4. The Debtor had not complied with the document requests from the United States Trustee's Office nor with filing the appropriate motions and applications with the Court.

1

5. After the repeated non-compliance, mostly by prior counsel for the Debtor, the United States Trustee filed a Motion to Dismiss or Convert Case to Chapter 7 (the "Motion to Dismiss") (Doc. No. 41), which has been scheduled for Trial on October 2, 2018 at 10:15 a.m.

6. At a preliminary hearing held on September 13, 2018, the Debtor's principal, George Ricardo, indicated to the Court and the United States Trustee that he was dissatisfied with his legal representation and would seek new counsel.

7. On September 22, 2018, the Debtor retained the undersigned law firm to assume representation of the Debtor in this Chapter 11 case.

8. The Debtor is working with its new counsel to bring the Debtor current with all document requests, monthly operating reports, and the filing of all necessary motions.

9. The Debtor is requesting additional time to come into compliance with all obligations required of it in a Chapter 11 bankruptcy case.

10. The undersigned attorney communicated, by telephone, with Audrey Aleskovsky, Esq. and Miriam Suarez, Esq. of the United States Trustee's Office on Friday, September 21, 2018, and they have no objection to a continuance of the trial on the Motion to Dismiss.

11. The Debtor requests a continuance of 45 days.

WHEREFORE, the Debtor, Executive Non-Emergency Transportation, Inc., respectfully requests this Honorable Court enter an Order: (a) granting this Motion; (b) continuing the trial on the Motion to Dismiss for at least 45 days from October 2, 2018; and (c) granting any such further relief that this Court deems just and proper under the circumstances.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and/or United States Mail, first class and postage prepaid, to all Parties-In-Interest listed on the attached Mailing Matrix, this 22nd day of September, 2018.

                */s/ Aldo G. Bartolone, Jr.*
                ALDO G. BARTOLONE, JR.
                Florida Bar No. 173134
                BARTOLONE LAW, PLLC
                4767 New Broad Street
                Orlando, Florida  32814
                Telephone: (407) 294-4440
                E-mail:  aldo@bartolonelaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-03958-KSJ<br>Middle District of Florida<br>Orlando<br>Sat Sep 22 14:05:56 EDT 2018 | Executive Non-Emergency Transportation Inc.<br>3155 Suntree Blvd. Ste 102<br>Rockledge, FL 32955-5720 | World Omni Financial Corp<br>Tripp Scott PA<br>c/o Christina V. Paradowski<br>110 SE 6th Street, 15th Fl.<br>Fort Lauderdale, FL 33301-5004 |
| 1 Global Capital<br>1250 E. Hallandale Beach<br>Blvd. Ste. 409<br>Hallandale, FL 33009-4624 | Avan Funding ComCap-TRFIN<br>P.O. Box 75422<br>Chicago, IL 60675-5422 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Brevard County Tax Collector<br>Attn:  Honorable Lisa Cullen, CFC<br>Post Office Box 2500<br>Titusville FL 32781-2500 | CBSG<br>141 North 2nd Street<br>Philadelphia, PA 19106-2009 | Canon Financial Services, Inc.<br>Amar A. Agrawal, Esquire<br>1040 North Kings Highway<br>Suite 200<br>Cherry Hill, NJ 08034-1925 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase Auto<br>P.O. Box 901003<br>Fort Worth, TX 76101-2003 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| IFund Daily Capital LLC<br>85 Broad Street 17th Floor<br>New York, NY 10004-2783 | IFund Daily Capital LLC<br>c/o Platzer Swergold et al<br>475 Park Ave South 18th FL<br>attn: T Sadutto-Carley 1619-0044<br>New York NY 10016-6901 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-1191<br>Phoenix AZ 85038-9505 | JPMorgan Chase Bank, N.A.<br>c/o Aldridge Pite, LLP<br>Fifteen Piedmont Ctr<br>3575 Piedmont Rd N.E., Ste 500<br>Atlanta GA 30305-1636 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 |
| Seacoast<br>Southeast Toyota Finance<br>P.O. Box 991817<br>Mobile, AL 36691-8817 | Syncb/Mega Group USA<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Syncb/Sams Club<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| Synchb/Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Wells Fargo Credit<br>P.O Box 14517<br>Des Moines, IA 50306-3517 |
| World Omni Financial Corp.<br>c/o Christina V. Paradowski<br>110 SE 6th Street, Suite 1500<br>Fort Lauderdale, FL 33301-5039 | Justin R Infurna<br>The Infurna Law Firm<br>121 South Orange Ave Ste. 1500<br>Orlando, FL 32801-3241 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998 | Capital One<br>15000 Capital One Drive<br>Henrico, VA 23238 | Mercedes Benz Financial<br>36455 Corporate Drive<br>Farmington, MI 48331 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, N.A. | (u)Seacoast | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     2<br>Total                  27 |