ORDERED.

Dated: **September 25, 2018**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:18-bk-3958-KSJ |
| | ) | |
| EXECUTIVE NON-EMERGENCY TRANSPORTATION, INC., | ) ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) ) | |

**ORDER GRANTING DEBTOR'S MOTION TO CONTINUE TRIAL ON UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE TO CHAPTER 7 SCHEDULED FOR OCTOBER 2, 2018 AT 10:15 A.M**

This case came on for consideration on Debtor's Motion to Continue Trial on United States Trustee's Motion to Dismiss or Convert Case to Chapter 7 Scheduled for October 2, 2018 at 10:15 a.m. (the "Motion") (Doc. No. 68). After reviewing the pleadings and considering the position of the interested parties, it is

ORDERED:

1. The Motion (Doc. No. 68) is GRANTED.

2. The evidentiary hearing on the United States Trustee's Motion to Dismiss or Convert Case to Chapter 7 (the "Motion to Dismiss") (Doc. No. 41), scheduled for October 2, 2018 at 10:15 a.m. is canceled.

      3.      **A further preliminary hearing on the Motion to Dismiss (Doc. No. 41) is scheduled for November 14, 2018 at 2:00 p.m.**

Attorney Aldo G. Bartolone, Jr. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.