B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

In re EXECUTIVE NON-EMERGENCY TRANSPORTATION INC ,
*Debtor*

Case No. 6:18-BK-3958-KSJ

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: February 2019  Date filed: JUNE 29, 2018

Line of Business: PARATRANSIT  NAISC Code: 485991

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Ricardo*

Original Signature of Responsible Party

GEORGE RICARDO

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

| | Yes | No |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☐ | ☒ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |
|---|---|
| **TOTAL INCOME** | $ 158,896.53 |

### SUMMARY OF CASH ON HAND

| | |
|---|---|
| Cash on Hand at Start of Month | $ 21,653.38 |
| Cash on Hand at End of Month | $ 48,856.49 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ 48,856.49 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | |
|---|---|
| **TOTAL EXPENSES** | $ 145,727.18 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | | $ 158,896.53 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | | $ 145,727.18 |
| *(Subtract Line C from Line B)* | **CASH PROFIT FOR THE MONTH** | $ 13,169.35 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? _____

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? _____

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING** February 1, 2019   **AND ENDING** February 28, 2019

Name of Debtor: Executive Non-Emergency Transportation, Inc.   Case Number 6:18-bk-3958-KSJ
Date of Petition: June 29, 2018

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 35,687.14 (a) | (11,943.79) (b) |
| 2. RECEIPTS: |  |  |
|    A. Cash Sales |  |  |
|       Minus: Cash Refunds | (-) |  |
|       Net Cash Sales |  |  |
|    B. Accounts Receivable | 158,896.53 | 1,339,492.62 |
|    C. Other Receipts *(See MOR-3)* |  | 20,250.27 |
|    (If you receive rental income, you must attach a rent roll.) | 158,896.53 | 1,359,742.89 |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* |  |  |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 194,583.67 | 1,347,799.10 |
| 5. DISBURSEMENTS |  |  |
|    A. Advertising |  |  |
|    B. Bank Charges | 439.08 | 1,745.25 |
|    C. Contract Labor | 52,318.54 | 442,924.41 |
|    D. Fixed Asset Payments (not incl. in "N") | - | 5,319.85 |
|    E. Insurance | 6,677.16 | 149,298.75 |
|    F. Inventory Payments *(See Attach. 2)* |  |  |
|    G. Leases | 3,449.74 | 12,252.16 |
|    H. Manufacturing Supplies |  |  |
|    I. Office Supplies | - | 8,531.29 |
|    J. Payroll - Net *(See Attachment 4B)* | 3,699.72 | 37,595.56 |
|    K. Professional Fees (Accounting & Legal) | 5,824.95 | 15,279.25 |
|    L. Rent |  |  |
|    M. Repairs & Maintenance | - | 7,953.51 |
|    N. Secured Creditor Payments *(See Attach. 2)* | 2,985.61 | 26,490.29 |
|    O. Taxes Paid - Payroll *(See Attachment 4C)* | 2,215.50 | 24,505.00 |
|    P. Taxes Paid - Sales & Use *(See Attachment 4C)* |  |  |
|    Q. Taxes Paid - Other *(See Attachment 4C)* | - | 2,447.63 |
|    R. Telephone | 2,975.12 | 25,468.68 |
|    S. Travel & Entertainment | 75.00 | 75.00 |
|    Y. U.S. Trustee Quarterly Fees |  |  |
|    U. Utilities | 19.66 | 1,865.58 |
|    V. Vehicle Expenses | 44,399.43 | 377,952.88 |
|    W. Other Operating Expenses *(See MOR-3)* | 20,647.67 | 159,207.52 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 145,727.18 | 1,298,942.61 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 48,856.49 (c) | 48,856.49 (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This _____ day of _____, 20___.   _____
                                                               (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Capital Contribution | - | 16,000.00 |
| Chase-Vehicle Loan Payment Refund | - | .27 |
| Void Old Checks Never Cleared | - | 4,250.00 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Software | 567.00 | 3,969.00 |
| Distribution to Owner | 19,345.50 | 110,892.86 |
| Driver Expenses | 512.37 | 7,857.42 |
| Parking & Tolls | 222.80 | 1,440.90 |
| Reimbursement of Expenses | - | 35,047.34 |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 20,647.67 | 159,207.52 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## Income/Expense by Category - Last month
### 2/1/2019 through 2/28/2019 (Cash Basis)

| Category | 2/1/2019-2/28/2019 | OVERALL TOTAL |
|---|---:|---:|
| **INCOME** | | |
| MED INC | 158,896.53 | 158,896.53 |
| SALARY | -19,000.00 | -19,000.00 |
| **TOTAL INCOME** | **139,896.53** | **139,896.53** |
| **EXPENSES** | | |
| Uncategorized | 0.00 | 0.00 |
| BANK CHARGES | 439.08 | 439.08 |
| BUS LOAN PMT | 500.00 | 500.00 |
| CORPORATE EXP | 8,040.45 | 8,040.45 |
| IDC | 46,571.00 | 46,571.00 |
| IDC - TELEPHONE | 1,200.00 | 1,200.00 |
| Meals & Entertn | 75.00 | 75.00 |
| MEDICAL | 345.50 | 345.50 |
| MISC BUS EXP | 512.37 | 512.37 |
| OFFICE | 11,872.88 | 11,872.88 |
| OFFICE BLDG | 2,278.61 | 2,278.61 |
| TELEPHONE | 1,775.12 | 1,775.12 |
| Utilities, Bus | 19.66 | 19.66 |
| VEH MISC EXPENSE | 4,379.35 | 4,379.35 |
| VEHICLE FUEL | 25,000.00 | 25,000.00 |
| VEHICLE INSURANCE | 6,013.58 | 6,013.58 |
| VEHICLE LSE PMT | 2,254.70 | 2,254.70 |
| VEHICLE PARKING | 222.80 | 222.80 |
| VEHICLE PMTS | 207.00 | 207.00 |
| VEHICLE REPAIRS & MAINT | 15,020.08 | 15,020.08 |
| **TOTAL EXPENSES** | **126,727.18** | **126,727.18** |
| **OVERALL TOTAL** | **13,169.35** | **13,169.35** |

# Spending by Category - Last month
## 2/1/2019 through 2/28/2019

| Category | 2/1/2019- 2/28/2019 |
|---|---|
| Uncategorized | 0.00 |
| BANK CHARGES | 439.08 |
| BUS LOAN PMT | 500.00 |
| CORPORATE EXP | **8,040.45** |
| ACCOUNTING | 950.00 |
| EMPLOYEE QRTLY TAXES | 2,215.50 |
| LEGAL | 4,874.95 |
| IDC | 46,571.00 |
| IDC - TELEPHONE | 1,200.00 |
| Meals & Entertn | 75.00 |
| MEDICAL | **345.50** |
| Doctor | 345.50 |
| MISC BUS EXP | 512.37 |
| OFFICE | **11,872.88** |
| EQUIPMENT | 1,195.04 |
| INSURANCE | 663.58 |
| PERSONEL | 3,699.72 |
| Other OFFICE | 6,314.54 |
| OFFICE BLDG | 2,278.61 |
| SALARY | 19,000.00 |
| TELEPHONE | 1,775.12 |
| CELLPHONE | 1,478.92 |
| VOIP SYSTEM | 296.20 |
| Utilities, Bus | **19.66** |
| Other Utilities, Bus | 19.66 |
| VEH MISC EXPENSE | 4,379.35 |
| VEHICLE FUEL | 25,000.00 |
| VEHICLE INSURANCE | 6,013.58 |
| VEHICLE LSE PMT | 2,254.70 |
| VEHICLE PARKING | 222.80 |
| VEHICLE PMTS | 207.00 |
| VEHICLE REPAIRS & MAINT | 15,020.08 |
| **OVERALL TOTAL** | **145,727.18** |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

February 01, 2019 through February 28, 2019
Account Number:  **000000309580071**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00153560 DRE 021 210 06019 NNNNNNNNNNN  1 000000000 64 0000
EXECUTIVE NON-EMERGENCY TRANSPORTATION, INC.
3155 SUNTREE BLVD UNIT 102
ROCKLEDGE FL 32955-5720



## CHECKING SUMMARY
Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $18,810.51 |
| Deposits and Additions | 21 | 158,896.53 |
| Checks Paid | 137 | -89,516.99 |
| ATM & Debit Card Withdrawals | 5 | -888.97 |
| Electronic Withdrawals | 22 | -47,948.25 |
| Other Withdrawals | 1 | -207.00 |
| Fees | 2 | -34.60 |
| **Ending Balance** | **188** | **$39,111.23** |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/05 | National Medtran Hcclaimpmt | CCD ID: 9472336925 | $3,536.14 |
| 02/05 | Veyo LLC    ACH Paymts 276757 | CCD ID: 1810772236 | 492.06 |
| 02/06 | Deposit | | 10,103.91 |
| 02/07 | Logisticare    Logisticar Enet0001 | CCD ID: 1582491253 | 24,291.23 |
| 02/08 | National Medtran Hcclaimpmt | CCD ID: 9472336925 | 2,227.20 |
| 02/12 | Deposit | | 6,943.58 |
| 02/12 | National Medtran Hcclaimpmt | CCD ID: 9472336925 | 811.60 |
| 02/14 | Logisticare    Logisticar Enet0001 | CCD ID: 1582491253 | 30,385.06 |
| 02/14 | Veyo LLC    ACH Paymts 278781 | CCD ID: 1810772236 | 834.11 |
| 02/14 | Medical Caretran Echk023636 | PPD ID: T650630663 | 99.40 |
| 02/15 | National Medtran Hcclaimpmt | CCD ID: 9472336925 | 1,409.80 |
| 02/15 | Medical Caretran Echk024489 | PPD ID: T650630663 | 586.16 |
| 02/20 | Deposit | | 10,664.23 |
| 02/20 | National Medtran Hcclaimpmt | CCD ID: 9472336925 | 986.60 |
| 02/21 | Logisticare    Logisticar Enet0001 | CCD ID: 1582491253 | 29,061.78 |
| 02/21 | Medical Caretran Echk029462 | PPD ID: T650630663 | 15.00 |
| 02/22 | National Medtran Hcclaimpmt | CCD ID: 9472336925 | 1,382.80 |
| 02/22 | Veyo LLC    ACH Paymts 280735 | CCD ID: 1810772236 | 1,041.88 |



February 01, 2019 through February 28, 2019
Account Number: **000000309580071**

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 02/27 | Deposit | | | 6,737.63 |
| 02/28 | Logisticare | Logisticar Enet0001 | CCD ID: 1582491253 | 27,013.22 |
| 02/28 | Veyo LLC | ACH Paymts 282718 | CCD ID: 1810772236 | 273.14 |

**Total Deposits and Additions**  $158,896.53

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1811 ^ | | 02/05 | $1,127.35 |
| 1812 ^ | | 02/04 | 96.55 |
| 1813 ^ | | 02/04 | 1,000.00 |
| 1818 * ^ | | 02/01 | 555.00 |
| 1819 ^ | 02/01 | 02/01 | 555.00 |
| 1820 ^ | | 02/01 | 505.00 |
| 1821 ^ | | 02/01 | 650.00 |
| 1822 ^ | | 02/01 | 705.00 |
| 1823 ^ | | 02/01 | 445.00 |
| 1824 ^ | | 02/05 | 645.00 |
| 1825 ^ | | 02/04 | 770.00 |
| 1826 ^ | | 02/04 | 805.00 |
| 1827 ^ | | 02/01 | 655.00 |
| 1830 * ^ | | 02/04 | 555.00 |
| 1831 ^ | | 02/01 | 480.00 |
| 1832 ^ | | 02/05 | 730.00 |
| 1833 ^ | | 02/04 | 730.00 |
| 1834 ^ | | 02/04 | 355.00 |
| 1835 ^ | | 02/01 | 150.00 |
| 1836 ^ | | 02/11 | 330.00 |
| 1837 ^ | 02/14 | 02/14 | 107.00 |
| 1840 * ^ | 02/01 | 02/01 | 780.00 |
| 1841 ^ | | 02/05 | 94.16 |
| 1843 * ^ | | 02/05 | 19.66 |
| 1844 ^ | | 02/04 | 122.80 |
| 1845 ^ | | 02/08 | 4,898.24 |
| 1846 ^ | | 02/19 | 747.50 |
| 1847 ^ | | 02/11 | 1,000.00 |
| 1848 ^ | 02/08 | 02/08 | 825.00 |
| 1849 ^ | | 02/06 | 539.27 |
| 1850 ^ | | 02/06 | 300.00 |
| 1851 ^ | | 02/08 | 385.66 |
| 1852 ^ | | 02/08 | 555.00 |
| 1853 ^ | 02/08 | 02/08 | 480.00 |
| 1854 ^ | | 02/11 | 580.00 |
| 1855 ^ | 02/08 | 02/08 | 675.00 |
| 1856 ^ | | 02/08 | 705.00 |
| 1857 ^ | | 02/19 | 425.00 |
| 1858 ^ | | 02/12 | 725.00 |
| 1860 * ^ | | 02/11 | 755.00 |
| 1861 ^ | | 02/11 | 755.00 |
| 1862 ^ | | 02/11 | 118.00 |



February 01, 2019 through February 28, 2019
Account Number: **000000309580071**

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1863 ^ | | 02/08 | 100.00 |
| 1864 ^ | | 02/11 | 600.00 |
| 1865 ^ | | 02/11 | 680.00 |
| 1866 ^ | | 02/11 | 75.00 |
| 1867 ^ | | 02/11 | 605.00 |
| 1868 ^ | | 02/08 | 655.00 |
| 1869 ^ | | 02/11 | 355.00 |
| 1870 ^ | | 02/11 | 575.00 |
| 1871 ^ | | 02/12 | 430.00 |
| 1872 ^ | | 02/12 | 605.00 |
| 1873 ^ | 02/08 | 02/08 | 2,710.06 |
| 1874 ^ | | 02/19 | 3,227.68 |
| 1875 ^ | | 02/11 | 612.50 |
| 1876 ^ | | 02/14 | 415.56 |
| 1878 *^ | | 02/08 | 100.00 |
| 1879 ^ | | 02/13 | 4,874.95 |
| 1880 ^ | | 02/19 | 567.00 |
| 1881 ^ | | 02/11 | 463.00 |
| 1882 ^ | | 02/13 | 56.50 |
| 1883 ^ | | 02/11 | 34.00 |
| 1884 ^ | 02/08 | 02/08 | 93.00 |
| 1885 ^ | | 02/13 | 275.00 |
| 1886 ^ | | 02/15 | 1,000.00 |
| 1887 ^ | 02/15 | 02/15 | 825.00 |
| 1888 ^ | 02/15 | 02/15 | 539.27 |
| 1889 ^ | | 02/19 | 300.00 |
| 1890 ^ | | 02/19 | 605.00 |
| 1891 ^ | 02/15 | 02/15 | 570.00 |
| 1892 ^ | | 02/27 | 175.00 |
| 1893 ^ | | 02/15 | 415.82 |
| 1894 ^ | | 02/19 | 180.00 |
| 1895 ^ | | 02/19 | 650.00 |
| 1896 ^ | | 02/19 | 655.00 |
| 1897 ^ | 02/19 | 02/19 | 455.00 |
| 1898 ^ | | 02/19 | 500.00 |
| 1899 ^ | | 02/19 | 55.00 |
| 1900 ^ | | 02/19 | 31.00 |
| 1901 ^ | | 02/19 | 625.00 |
| 1902 ^ | | 02/19 | 855.00 |
| 1903 ^ | | 02/19 | 705.00 |
| 1904 ^ | | 02/19 | 625.00 |
| 1905 ^ | 02/15 | 02/15 | 630.00 |
| 1906 ^ | | 02/19 | 655.00 |
| 1907 ^ | | 02/15 | 580.00 |
| 1908 ^ | | 02/19 | 550.00 |
| 1909 ^ | | 02/21 | 680.00 |
| 1910 ^ | | 02/21 | 705.00 |
| 1911 ^ | | 02/15 | 300.00 |
| 1913 *^ | | 02/19 | 500.00 |
| 1914 ^ | | 02/19 | 404.48 |





February 01, 2019through February 28, 2019
Account Number: **000000309580071**

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1915 ^ | | 02/19 | 296.20 |
| 1916 ^ | | 02/20 | 500.00 |
| 1917 ^ | | 02/20 | 337.50 |
| 1918 ^ | | 02/19 | 373.75 |
| 1919 ^ | | 02/26 | 567.00 |
| 1920 ^ | | 02/19 | 463.00 |
| 1921 ^ | 02/15 | 02/15 | 2,000.00 |
| 1922 ^ | | 02/19 | 3,000.00 |
| 1923 ^ | | 02/21 | 375.64 |
| 1924 ^ | | 02/19 | 21.38 |
| 1925 ^ | | 02/19 | 385.66 |
| 1926 ^ | | 02/19 | 75.00 |
| 1927 ^ | | 02/27 | 1,000.00 |
| 1928 ^ | | 02/22 | 825.00 |
| 1929 ^ | | 02/21 | 539.27 |
| 1930 ^ | | 02/21 | 300.00 |
| 1931 ^ | | 02/21 | 385.66 |
| 1932 ^ | | 02/25 | 530.00 |
| 1933 ^ | | 02/27 | 425.00 |
| 1934 ^ | | 02/22 | 600.00 |
| 1937 * ^ | | 02/22 | 675.00 |
| 1939 * ^ | | 02/25 | 250.00 |
| 1940 ^ | | 02/26 | 725.00 |
| 1941 ^ | | 02/25 | 750.00 |
| 1942 ^ | | 02/25 | 625.00 |
| 1943 ^ | | 02/21 | 625.00 |
| 1944 ^ | | 02/25 | 100.00 |
| 1945 ^ | 02/21 | 02/21 | 800.00 |
| 1946 ^ | | 02/25 | 525.00 |
| 1947 ^ | | 02/22 | 650.00 |
| 1948 ^ | 02/22 | 02/22 | 575.00 |
| 1949 ^ | | 02/26 | 600.00 |
| 1951 * ^ | | 02/22 | 625.00 |
| 1952 ^ | | 02/26 | 625.00 |
| 1953 ^ | | 02/22 | 3,000.00 |
| 1954 ^ | | 02/22 | 125.00 |
| 1955 ^ | | 02/27 | 373.75 |
| 1956 ^ | | 02/27 | 475.88 |
| 1957 ^ | | 02/26 | 167.58 |



February 01, 2019 through February 28, 2019
Account Number: **000000309580071**

## CHECKS PAID  *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1960 * ^ | | 02/27 | 1,863.05 |
| 1962 * ^ | | 02/28 | 825.00 |
| 1964 * ^ | | 02/28 | 385.66 |
| 1965 ^ | | 02/28 | 300.00 |
| 1978 * ^ | 02/28 | 02/28 | 525.00 |
| 1987 * ^ | 02/28 | 02/28 | 10.00 |
| **Total Checks Paid** | | | **$89,516.99** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/08 | Card Purchase | 02/07 Mister Car Wash #229 Melbourne FL Card 9223 | $32.09 |
| 02/12 | Card Purchase With Pin | 02/12 Smile Design & Wellnes Viera FL Card 9223 | 289.00 |
| 02/19 | Card Purchase | 02/15 Bobbys Auto Service Ce Vero Beach FL Card 9223 | 437.32 |
| 02/20 | Card Purchase | 02/20 Bunkys Raw Bar & Grill Indialantic FL Card 9223 | 75.00 |
| 02/22 | Card Purchase | 02/21 Amzn Mktp US*MI67Q35 Amzn.Com/Bill WA Card 9223 | 55.56 |
| **Total ATM & Debit Card Withdrawals** | | | **$888.97** |

## ATM & DEBIT CARD SUMMARY

George A Ricardo  Card 9223

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $888.97 |
| | Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $888.97 |
| | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | 02/01 Online Transfer To Chk ...3611 Transaction#: 7897959610 | $1,000.00 |
| 02/06 | Granada Insuranc 0185FL0011 305-554-0353   Web ID: 1592734127 | 1,115.34 |
| 02/07 | 02/07 Online Transfer To Chk ...3611 Transaction#: 7918315511 | 4,000.00 |
| 02/07 | Fleetcor Fdr   Cash Conc  Unq0l       CCD ID: 1721074903 | 3,000.00 |
| 02/08 | Att           Payment    880063002Smt2J  Web ID: 9864031005 | 254.54 |
| 02/11 | Fleetcor Fdr   Cash Conc  Unq0l       CCD ID: 1721074903 | 5,500.00 |
| 02/12 | Cfx         Internet   043000091303728 Web ID: 9049036770 | 300.00 |
| 02/12 | Cfx         Internet   043000091358526 Web ID: 9049036770 | 200.00 |
| 02/12 | Cfx         Internet   04300009135852Z Web ID: 9049036770 | 164.05 |
| 02/13 | St James Insuran Payment    228462171     CCD ID: 1841393599 | 496.00 |
| 02/14 | 02/14 Online Transfer To Chk ...3611 Transaction#: 7939950889 | 6,000.00 |
| 02/15 | Fleetcor Fdr   Cash Conc  Unq0l       CCD ID: 1721074903 | 5,500.00 |





February 01, 2019 through February 28, 2019
Account Number: **000000309580071**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/15 | Irs         Usataxpymt 270944683224898 CCD ID: 3387702000 | 2,215.50 |
| 02/15 | Achma Visb      Bill Pymnt 7513904      Web ID: 0000751800 | 573.17 |
| 02/15 | Achma Visb      Bill Pymnt 7513902      Web ID: 0000751800 | 538.05 |
| 02/15 | Achma Visb      Bill Pymnt 7513903      Web ID: 0000751800 | 367.70 |
| 02/20 | Nauto, Inc     Payment          PPD ID: 7473272789 | 1,223.90 |
| 02/21 | 02/21 Online Transfer To Chk ...3611 Transaction#: 7959347890 | 4,000.00 |
| 02/22 | Fleetcor Fdr    Cash Conc  Unq0l      CCD ID: 1721074903 | 6,000.00 |
| 02/27 | Fleetcor Fdr    Cash Conc  Unq0l      CCD ID: 1721074903 | 5,000.00 |
| 02/27 | Cfx       Internet   043000099890716 Web ID: 9049036770 | 300.00 |
| 02/27 | Cfx       Internet   043000099817822 Web ID: 9049036770 | 200.00 |
| **Total Electronic Withdrawals** | | **$47,948.25** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | 02/04 Withdrawal | $207.00 |
| **Total Other Withdrawals** | | **$207.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | Money Order | $5.00 |
| 02/28 | Monthly Service Fee | 29.60 |
| **Total Fees** | | **$34.60** |

Chase Total Business Checking allows up to 100 debits, credits, and deposited items per statement period. Your transaction total for this statement period was 174 and excessive transaction fees were applied. If this level of activity is typical, please contact us so that we can explore other product options for your business.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/01 | $12,330.51 | 02/12 | 16,299.96 | 02/21 | 33,145.64 |
| 02/04 | 7,684.16 | 02/13 | 10,597.51 | 02/22 | 22,439.76 |
| 02/05 | 9,096.19 | 02/14 | 35,393.52 | 02/25 | 19,659.76 |
| 02/06 | 17,245.49 | 02/15 | 21,334.97 | 02/26 | 16,975.18 |
| 02/07 | 34,536.72 | 02/19 | 2,965.00 | 02/27 | 13,900.13 |
| 02/08 | 24,295.33 | 02/20 | 12,479.43 | 02/28 | 39,111.23 |
| 02/11 | 11,257.83 | | | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 161 |
| Deposits / Credits | 4 |
| Deposited Items | 9 |
| **Transaction Total** | **174** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |



February 01, 2019 through February 28, 2019

Account Number: **000000309580071**

## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $29.60 |
| **Total Service Fees** | **$29.60** |



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



February 01, 2019through February 28, 2019
Account Number: **000000309580071**

This Page Intentionally Left Blank